```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
              CASE NO. 13-14044-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**HENRY JEOVANNY MERAZ-CRUZ,**

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on September 10, 2013. A Report and Recommendation filed on September 13, 2013 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to the sole Count in the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of September, 2013.

                                                    _____
                                                    DONALD L. GRAHAM
                                                    UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Carmen M. Lineberger, Esq.
        Panayotta Augustin-Birch, AFPD